158 A.3d 1176

ELAINE ANDEROCCI AND WALTER ANDEROCCI, HER HUS-BAND, PLAINTIFFS–PETITIONERS, v. COACH, INC., REED KRAKOFF, INDIVIDUALLY AND AS SERVANT, AGENT AND/OR EMPLOYEES OF THE MALL AT SHORT HILLS, THE MALL AT SHORT HILLS, INDIVIDUALLY AND AS SERVANT, AGENT AND/OR EMPLOYEE, TAUBMAN CENTERS, INDIVID-UALLY, AND AS SERVANT, AGENT AND/OR EMPLOYEE OF THE TAUBMAN COMPANY, LLC, AND THE TAUBMANN COM-PANY, LLC, INDIVIDUALLY, DEFENDANTS–RESPONDENTS.

January 26, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004943–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.